**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THOMAS KELLEY,

      Plaintiff,                           Case No. 07-13236

v.                                         District Judge Victoria A. Roberts
                                             Magistrate Judge R. Steven Whalen

ROCCO DeMASI, CORRECTIONAL
MEDICAL SERVICES and MICHIGAN
DEPARTMENT OF CORRECTIONS BUREAU
HEALTH CARE SERVICES,

      Defendants.
_____/

**ORDER**

      Before the Court is Plaintiff's Motion to Compel Discovery Regarding the Location of Defendant Rocco DeMasi [#20], filed on December 19, 2007. Plaintiff is a *pro se* prison inmate still in the custody of the MDOC, at the Parnall Correctional Facility. As an indigent prison inmate who has been granted in forma pauperis status, Plaintiff does not have the resources to independently determine where DeMasi lives or works, or the power to compel the MDOC to provide him with that information. He is thus at a distinct disadvantage vis-a-vis a free society plaintiff.

      IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel Discovery Regarding the Location of Defendant Rocco DeMasi [Docket #20] is GRANTED, subject to a protective order that the address shall not be provided to the Plaintiff himself.

-1-

Instead, the Correctional Medical Services shall provide the last known home address of Defendant Rocco DeMasi and, if he is employed by CMS, his current work address, to this Court for *in camera* review. The Court will in turn provide this address to the United States Marshal for purposes of service of process.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 30, 2008.

S/G.Wilson
Judicial Assistant