**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THOMAS KELLEY,

        Plaintiff(s),         CASE NUMBER: 07-13236
                                          HONORABLE VICTORIA A. ROBERTS

v.

ROCCO DeMASI, CORRECTIONAL
MEDICAL SERVICES, and MICHIGAN
DEPARTMENT OF CORRECTIONS BUREAU
HEALTH CARE SERVICES,

        Defendant(s).
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On August 26, 2008, Magistrate Judge R. Steven Whalen submitted a Report and Recommendation (Doc. #26) recommending that the Court DENY Defendant Correctional Medical Services's "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and 42 U.S.C. 1997e." (Doc. #9).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation. Defendant's motion is **DENIED**.

**IT IS ORDERED**.

                                          s/Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated: September 18, 2008

> The undersigned certifies that a copy of this document was served on the attorneys of record and Thomas Kelley by electronic means or U.S. Mail on September 18, 2008.
>
> s/Carol A. Pinegar
> Deputy Clerk